UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
     :
MARCOS CALCANO, *on behalf of himself and all other* :
*persons similarly situated*,     :
     :     20-CV-6777 (JMF)
          Plaintiff,     :
     :     ORDER
   -v-     :
     :
INTERNET HOBBY SUPPLY, INC.,     :
     :
          Defendant.     :
     :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On December 15, 2020, counsel for Internet Hobby Supply, Inc. — Peter J. Venaglia and of Eugenia Zhurbinskaya of Schaeffer Venaglia Handler & Fitzsimmons, LLP — filed a motion to withdraw as Defendant's counsel. *See* ECF No. 15. By **December 21, 2020**, defense counsel shall serve a copy of this Order on their client, and by **December 23, 2020**, file proof of such service on the docket. *See* S.D.N.Y. Local Rule 1.4.

      Any opposition to the motion to withdraw shall be filed by **January 11, 2021**; any reply shall be filed by **January 15, 2021**. Unless and until the Court grants the motion, Peter J. Venaglia and Eugenia Zhurbinskaya remain counsel of record, and discovery shall proceed as scheduled. If Defendant has secured new counsel, new counsel shall promptly enter a notice of appearance to ensure a smooth transition of counsel in the event that the motion to withdraw is granted.

      SO ORDERED.

Dated: December 16, 2020
      New York, New York                                  JESSE M. FURMAN
                                                                  United States District Judge