UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MARCOS CALCANO, ON BEHALF OF HIMSELF
AND ALL OTHER PERSONS SIMILARLY
SITUATED,

    Plaintiffs,

    v.

INTERNET HOBBY SUPPLY, INC.,

    Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No.: 1:20-cv-6777

**NOTICE OF VOLUNTARY DISMISSAL**

  Plaintiff(s), MARCOS CALCANO, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against the Defendant, INTERNET HOBBY SUPPLY, INC., without prejudice and without fees and costs.

Dated: New York, New York
    February 17, 2021

                 **GOTTLIEB & ASSOCIATES**

                 */s/Jeffrey M. Gottlieb, Esq.*

               Jeffrey M. Gottlieb, Esq., (JG-7905)
                150 East 18th Street, Suite PHR
                    New York, NY 10003
                     Phone: (212) 228-9795
                      Fax: (212) 982-6284
                    Jeffrey@Gottlieb.legal

                    *Attorneys for Plaintiffs*

SO ORDERED:

_____ February 18, 2021
United States District Court Judge
Hon. Jesse M. Furman